IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TABITHA MICHELLE HARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-044 |
| | ) | |
| ANDREW M. SAUL, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff filed the above-captioned case pursuant to 42 U.S.C. § 405(g) in the Dublin Division of the Southern District of Georgia. (Doc. no. 1.) Plaintiff is a resident of Toombs County, Georgia, which is located in the Statesboro Division of the Southern District of Georgia. (Id. at 1.) Thus, it appears this case properly belongs in the Statesboro Division of the Southern District of Georgia. See 42 U.S.C. § 405(g) ("Such action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides . . .")

Accordingly, the case is hereby **TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number CV620-063. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286, Savannah, Georgia 31412.

SO ORDERED this 7th day of July, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA